**DISMISS and Opinion Filed October 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01193-CV**

**CARE TECTURE, LLC DBA PHARMA COMPOUNDIA, Appellant**
**V.**
**MATHESON COMMERCIAL PROPERTIES, LLC, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-02523-2019**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Schenck
Opinion by Justice Whitehill

Before the Court is appellant's motion to dismiss the appeal. Pursuant to Texas Rule of

Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

191193F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARE TECTURE, LLC DBA PHARMA
COMPOUNDIA, Appellant

No. 05-19-01193-CV        V.

MATHESON COMMERCIAL
PROPERTIES, LLC, Appellee

On Appeal from the County Court at Law
No. 7, Collin County, Texas
Trial Court Cause No. 007-02523-2019.
Opinion delivered by Justice Whitehill,
Chief Justice Burns and Justice Schenck
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Matheson Commercial Properties, LLC recover its costs, if any, of this appeal from appellant Care Tecture, LLC dba Pharma Compoundia.

Judgment entered October 30, 2019.